EDWIN H. LUDEMAN, Respondent, v. ACME ROAD MACHINERY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

EDWARD P. MORSE, JR., Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Mr. Justice Lazansky at Special Term. [Reported in 111 Misc. Rep. 715.] Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

FLORENCE PLACE, as Administratrix, etc., of DENNIS PLACE, Deceased, Respondent, v. RICHARD FITZPATRICK, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

WILBUR O. POLHEMUS, Respondent, v. ALBERT FRANCIS HAGAR, as Trustee, etc., Appellant.— Judgment and order reversed, with costs, and complaint unanimously dismissed, with costs, upon the ground that plaintiff's claim is against defendant personally and not against him as trustee. (See *O'Brien* v. *Jackson*, 167 N. Y. 31.) Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

ELIZABETH POLLOCK, Respondent, v. LEOPOLD J. LIPPMANN and ALLEN N. TERBELL, Appellants.— Order modified so as to provide only for a denial of the defendants' motion for judgment upon the pleadings, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

ELIZABETH POLLOCK, Appellant, v. LEOPOLD J. LIPPMANN and ALLEN N. TERBELL, Respondents.— Order granting motion to cancel notice of *lis pendens* upon undertaking filed reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Upon the papers before the Special Term the case was not within the provisions of section 1671 of the Code of Civil Procedure. (*Tishman* v. *Acritelli*, 111 App. Div. 237; *Wolinsky* v. *Okun*, Id. 536; *Schenkein* v. *Horowitz*, 51 Misc. Rep. 80; *Kennedy* v. *Hall*, Id. 78.) Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of GENEVIEVE EVANS, Respondent, v. ASHLEY EVANS, Appellant.— Order of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

HERMAN C. REFFELT, Respondent, v. BROOKLYN DAILY TIMES, Appellant. — Judgment and order reversed and new trial granted, with costs to abide the event, for error at folio 864 of the record on appeal in granting plaintiff's motion to strike out the allegation in the bill of particulars of negligence by reason of violation of the traffic regulations. This motion was not made until after the trial had been concluded, after the summing up of both counsel and after the judge had charged the jury on the issue presented by the pleadings as amplified by the bill of particulars. In view of the theory upon which this case was presented on the first trial, where defendant had a verdict, the judgment being reversed solely for error in admission of evidence (*Reffelt* v. *Brooklyn Daily Times*, 187 App. Div. 940), and the change in